ANDREW NELSON
Assistant Federal Defender
Federal Defenders of Montana
Missoula Branch Office
125 Bank Street, Suite 710
Missoula, Montana 59802
Phone: (406) 721-6749
Fax: (406) 721-7751
Email: andy_nelson@fd.org

Attorney for Defendant

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TRAVIS JOHN BRANSON,<br><br>Defendant. | CR 23-55-M-DLC<br><br>**MOTION TO CHANGE PLEAS** |

TRAVIS JOHN BRANSON, the above-named Defendant, by and through counsel Andrew J. Nelson, Assistant Federal Defender, and the Federal Defenders of Montana, hereby moves this Court to allow him to enter pleas of guilty to one count of conspiracy, in violation of 18 U.S.C. § 371, as charged in Count 1 of the Indictment; two counts of unlawful trafficking of bald and golden eagles, in violation of 18 U.S.C. § 668(a), as charged in Counts 8 and 9 of the Indictment; and one count

of violating the Lacey Act, as described in 16 U.S.C. §§ 3372(a)(1) and 3373(d)(1)(B), as charged in Count 15 of the Indictment.

A signed plea agreement will be submitted to the Court under separate cover with no requirement to seal.

The government has been notified of the filing of this motion.

RESPECTFULLY SUBMITTED this 26th day of February, 2024.

                              TRAVIS JOHN BRANSON

                              /s/ Andrew Nelson
                              ANDREW NELSON
                              Assistant Federal Defender
                              Federal Defenders of Montana
                                    Counsel for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2024 a copy of the foregoing document was served on the following persons by the following means:

| | |
|---|---|
| 1, 2 | CM-ECF |
| _____ | Hand Delivery |
| 3 | Mail |
| _____ | Overnight Delivery Service |
| _____ | Fax |
| _____ | E-Mail |

1. CLERK, UNITED STATES DISTRICT COURT

2. RYAN G. WELDON
   RANDY TANNER
   Assistant U.S. Attorneys
      Counsel for the United States of America

3. TRAVIS JOHN BRANSON
      Defendant

By: /s/ Andrew Nelson
ANDREW NELSON
Assistant Federal Defender
Federal Defenders of Montana
   Counsel for Defendant