IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 23–55–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| TRAVIS JOHN BRANSON, | |
| Defendant. | |

This order refers Defendant Travis John Branson's Motion to Change Plea (Doc. 21) to Magistrate Judge Kathleen L. DeSoto.  The Ninth Circuit joined every other circuit in holding that magistrate judges can take guilty pleas, with consent, under 28 U.S.C. § 636(b)(3).  *United States v. Reyna-Tapia*, 328 F.3d 1114, 1119 (9th Cir. 2003).  Accordingly, Judge DeSoto shall conduct a change of plea hearing, provided the parties consent.  The hearing will be set by separate order from Judge DeSoto.

IT IS FURTHER ORDERED that any pending motions are DENIED as moot and any pending deadlines, hearings, and the trial setting are VACATED.

DATED this 26th day of February, 2024.

Dana L. Christensen, District Judge
United States District Court

1