ANDREW NELSON
Assistant Federal Defender
Federal Defenders of Montana
Missoula Branch Office
125 Bank Street, Suite 710
Missoula, Montana 59802
Phone: (406) 721-6749
Fax: (406) 721-7751
Email: andy_nelson@fd.org

Attorney for Defendant

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 23-55-M-DLC |
| Plaintiff, | |
| vs. | **UNOPPOSED MOTION TO CONTINUE SENTENCING** |
| TRAVIS JOHN BRANSON, | |
| Defendant. | |

TRAVIS JOHN BRANSON, the above-named Defendant, by and through counsel Andrew J. Nelson, Assistant Federal Defender, and the Federal Defenders of Montana, hereby moves this Court to continue the sentencing currently set for July 31, 2024.

Defense counsel is scheduled to be out of the office on July 31, 2024. Defense counsel is available the week of August 5, 2024, as well as the week of August 12, 2024.

Furthermore, Mr. Branson recently suffered a serious health incident, described to the undersigned as a stroke. Defense counsel is currently assembling medical records. Depending on Mr. Branson's health, a greater continuance may be necessary.

AUSA Ryan Weldon, on behalf of the government, does not oppose this motion.

RESPECTFULLY SUBMITTED this 7th day of May, 2024.

TRAVIS JOHN BRANSON

/s/ Andrew Nelson
ANDREW NELSON
Assistant Federal Defender
Federal Defenders of Montana
Counsel for Defendant

# CERTIFICATE OF SERVICE

I hereby certify that on May 7, 2024 a copy of the foregoing document was served on the following persons by the following means:

| | |
|---|---|
| 1, 2 | CM-ECF |
| _____ | Hand Delivery |
| 3 | Mail |
| _____ | Overnight Delivery Service |
| _____ | Fax |
| _____ | E-Mail |

1. CLERK, UNITED STATES DISTRICT COURT

2. RYAN G. WELDON
   RANDY TANNER
   Assistant U.S. Attorneys
       Counsel for the United States of America

3. TRAVIS JOHN BRANSON
       Defendant

By: /s/ Andrew Nelson
    ANDREW NELSON
    Assistant Federal Defender
    Federal Defenders of Montana
        Counsel for Defendant