# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 23-55-M-DLC |
| Plaintiff, | |
| vs. | ORDER |
| TRAVIS JOHN BRANSON, | |
| Defendant. | |

Counsel for Defendant Travis John Branson, having filed an Unopposed Motion to Continue Sentencing, and good cause appearing therefore:

The motion is GRANTED. The sentencing hearing set for July 31, 2024, is hereby VACATED and RESET for _____.

DATED this _____ day of May, 2024.

_____
DANA L. CHRISTENSEN
UNITED STATES DISTRICT COURT JUDGE

1