IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 23–55–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| TRAVIS JOHN BRANSON, | |
| Defendant. | |

Before the Court is Defendant Travis John Branson's Unopposed Motion to Continue Sentencing Hearing. (Doc. 31.) Through the Motion, Defendant requests that the Court continue the sentencing hearing currently set for July 31, 2024, because counsel for Defendant will be out of the office that day. (*Id.* at 2.) The United States does not oppose. (*Id.*)

Accordingly, IT IS ORDERED that Mr. Branson's Motion to Continue Sentencing (Doc. 31) is GRANTED.

IT IS FURTHER ORDERED that the sentencing hearing currently set for July 31, 2024, at 1:30 p.m. is VACATED and RESET for August 7, 2024, at 1:30 p.m.

DATED this 7th day of May, 2024.

_____
Dana L. Christensen, District Judge
United States District Court