IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 23–55–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| TRAVIS JOHN BRANSON, | |
| Defendant. | |

Before the Court is Defendant Travis John Branson's Unopposed Motion to Continue Sentencing Hearing. (Doc. 33.) Through the Motion, Defendant requests that the Court continue the sentencing hearing currently set for August 7, 2024, and associated deadlines, so that the parties can resolve complex issues related to calculation of loss and restitution. (*Id.* at 2.) The United States does not oppose. (*Id.*)

Accordingly, IT IS ORDERED that Mr. Branson's Motion to Continue Sentencing (Doc. 33) is GRANTED.

IT IS FURTHER ORDERED that the sentencing hearing currently set for August 7, 2024, at 1:30 p.m. is VACATED and RESET for September 18, 2024, at 1:30 p.m.

IT IS FURTHER ORDERED that the parties shall adhere to the following

deadlines:

1. The presentence report, in final form, shall be delivered to the Court and the parties no later than August 27, 2024.

2. If the objections made pursuant to ¶ 5 are not resolved and counsel wishes the Court to address them, the objecting party shall submit all unresolved objections and a sentencing memorandum to the Court no later than September 3, 2024. The Court will resolve disputes in accordance with § 6A1.3 of the guidelines at the sentencing hearing.

3. If either party intends to have witnesses testify at sentencing, the party must notify the Court and the opposing party, by filing a separate notification document, no later than September 11, 2024, of the identity of the witness and the scope and purpose of the intended testimony.

4. Without leave of Court, the defendant may file no more than ten (10) letters of support. Defendants wishing to file more than ten (10) letters must first seek leave of Court explaining why a greater number is necessary. Letters in support shall be filed on or before September 11, 2024.

5. Sentencing memoranda shall be filed on or before September 11, 2024.

IT IS FURTHER ORDERED that the Court's previous sentencing order (Doc. 29) otherwise remains in full force and effect.

DATED this 9th day of July, 2024.

*Dana L. Christensen*

Dana L. Christensen, District Judge
United States District Court