RYAN G. WELDON
RANDY J. TANNER
Assistant U.S. Attorneys
U.S. Attorney's Office
P.O. Box 8329
Missoula, MT 59807
101 E. Front, Suite 401
Missoula, MT  59802
Phone:  (406) 542-8851
FAX:  (406) 542-1476
E-mail:     Ryan.Weldon@usdoj.gov
            Randy.Tanner@usdoj.gov

ATTORNEYS FOR PLAINTIFF
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| UNITED STATES OF AMERICA, | CR 23-55-M-DLC |
|---|---|
| Plaintiff, | |
| vs. | NOTICE OF SENTENCING WITNESS |
| TRAVIS JOHN BRANSON, | |
| Defendant. | |

The United States will call the following witness at the sentencing hearing:

- FWS Special Agent Mona Ianelli – Agent Ianelli is the case agent, and she will address the defendant's role in the offense and the

1

objections raised by the defense, including the quantity and value of birds Branson killed.

DATED this 11th day of September, 2024.

>JESSE A. LASLOVICH
>United States Attorney
>
>*/s/ Ryan G. Weldon*
>RYAN G. WELDON
>Assistant U.S. Attorney
>
>*/s/ Randy J. Tanner*
>RANDY J. TANNER
>Assistant U.S. Attorney

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule, this certifies that the body of the attached notice contains 195 words, excluding the caption and certificate of compliance.

        JESSE A. LASLOVICH
        United States Attorney


        */s/  Ryan G. Weldon*
        RYAN G. WELDON
        Assistant U.S. Attorney

        */s/  Randy J. Tanner*
        RANDY J. TANNER
        Assistant U.S. Attorney