Catherine Addison

Riverton, WY 82501
catddi579@gmail.com

9/11/24

Dear Honorable Judge Christensen,

I am writing to offer my sincere support for Travis Branson as he faces sentencing for his recent felony convictions. I understand the seriousness of the situation, and I deeply respect the judicial process. I hope this letter provides insight into Mr. Branson's character and the positive aspects of his life that I believe are worth considering.

I have known Mr. Branson my entire life as I am also from the Flathead Indian Reservation. I have come to admire the kindness and dedication he has to his family, friends, and community. He has immense knowledge and respect for our cultural traditions and has taught many others about songs and traditional practices. He has consistently proven his role as a father and provider as evidenced by the positive impact he has on his wife and children. He is considered a great friend to many.

It is important to acknowledge that Mr. Branson recognizes the gravity of his actions and has expressed deep remorse. He is fully committed to taking the right steps to reintegrate into society as a valuable member.

However, as a registered nurse for the past 12 years, I must bring to your attention Mr. Branson's significant medical issues. He has been dealing with the physical, mental, and emotional effects of an ischemic stroke. This stroke severely hindered his daily functioning and ability to contribute to his family and community.

Mr. Branson's medical issues require ongoing treatment and management, which are critical to his overall well-being. He has made considerable efforts to manage his health conditions, and imprisonment could severely disrupt the necessary care he needs, further complicating his health.

Considering Mr. Branson's genuine remorse, the positive aspects of his character, and the medical challenges he faces, I respectfully request that you consider a sentence that allows for continued medical treatment and support. I believe Mr. Branson has the capacity for rehabilitation and can make meaningful contributions to society moving forward.

Thank you for taking the time to consider this perspective. I am confident that with the right support, Mr. Branson can make the necessary progress to contribute meaningfully to society.

Sincerely,
Catherine Addison