Travis is our daughter's husband and has been since 2011. Prior to that they had an extensive relationship.

Our daughter had two children prior to them coming together and as a father and grandfather I can say he treated our daughter and our 2 grandchildren with love and respect and treated each of them with kindness, love and as a father would, and he has maintained a close and loving relationship with his oldest son;

Secondly, He and our daughter blessed us and themselves with three children of their combined parenting and watched, protected, and provided for all five;

Third, Travis was a good provider and earned respect and admiration as a supervisor and amongst his fellow workers;

Fourth, he has through his drumming and singing, in which he is highly respected, he shared the culture with his family and friends; and

Lastly since the incident I'm writing in reference to he has maintained a good standing within the community, powwow community and with his children and wife.

I ask the court to take into consideration these qualities. As a man, employee, father, husband and a person who practices his culture he has demonstrated a willingness to continue without taking a negative path.

Thank you.

Dave BrownEagle
Father in Law
Educator and US Veteran


Sent from my iPad