Im writing in behalf of my father Travis Branson. I want to start off with that my dad is truly a great person. He's an amazing father, not only to me but to my sister and my brothers. When he lived in Spokane and I still lived in Montana he made his way over and never missed any of my lacrosse games. When I would call going through a hard time he always answers doesn't matter if he's busy or what time it is. He made me feel loved even if he was still a couple of hours away. Our family has also been through a lot this past year when my brother Devin got into a car accident and it left him in a walker and a brain injury. My dad cared for him and fought for him no matter how hard it was and how much Devins life changed. My dad changed his life to be able to be there for his son and my brother. My dad is the man who would give you his shirt off himself to make sure you were okay. He would be there.

Not only is he a great father but personably who he is and what he cares for. My dad has always loved and cared for our culture. We are all flathead Indians in my family and my dad has devoted a huge part of his life keeping our culture alive. To teaching our old ways and to putting on events and traveling all over to sing not for anything to gain except spiritually and to keep what is part of us ours and to grow and prosper our culture. Many people wouldn't be closer to our culture if he wasn't there to help them.

For him this has been very hard and detrimental to his health. He has suffered a stroke just in the last recent months from the stress of everything. He has lost his job lost respect lost lots of things but he hasn't lost his character he hasn't changed in light of anything. He is loving and caring and strong and is a pillar in our family and Community. Our family needs him.

Mariam Branson

Sent from my iPhone