September 11, 2024

Dear Mr. Ben Anderson:

I am writing this letter on behalf of Travis Branson, a man I have known almost my entire life.  We met when we were teenagers and quickly became lifelong friends.  We grew up on the Flathead Reservation and spent many weekends together travelling to pow wows.

I have always known Travis to be honest, loving, and a team player.  I have had the honor of watching him grow from a young teenager into a great man, devoted to his family.  It has been my pleasure witnessing his growth over the years.

In recent months, Trav has faced some hardships in his life, but that has not changed his devotion and love.  I am honored to be one of his friends and look forward to times we get to spend with our friends' group.

I have never questioned my friendship with Trav.  Over the past 30 years of knowing each other, if we had a problem with each other, we would sit and talk through.  I've always know Travis to be honest.  He is an amazing father and man.

Feel free to contact me with any questions you may have concerning my friendship with Travis Branson.  I have included my phone number at the bottom of this letter.

Respectfully,

Selina Oshanee Kenmille

Ronan, MT 59864
(406) 240-0891