IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TRAVIS JOHN BRANSON,<br><br>Defendant. | CR 23-55-M-DLC<br><br><br><br>ORDER |

Before the Court is the United States' Unopposed Motion to Continue the Sentencing Hearing. Through the Motion, the United States requests that the Court continue the sentencing hearing currently set for September 26, 2024, because the United States has a previously scheduled Guardians Project Conclave in Montana that same day. The defense does not oppose.

Accordingly, IT IS ORDERED that the United States' Motion to Continue Sentencing is GRANTED.

1

IT IS FURTHER ORDERED that the sentencing hearing currently set for September 26, 2024, is VACATED and RESET for _____.

DATED this _____ day of September, 2024.

_____
Dana L. Christensen, District Judge
United States District Court