IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| UNITED STATES OF AMERICA, | CR 23–55–M–DLC |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| TRAVIS JOHN BRANSON, | |
| Defendant. | |

Before the Court is the United States' unopposed motion to continue sentencing hearing. (Doc. 42.) Through the motion, the United States requests that the Court continue the sentencing hearing currently set for September 26, 2024, because the United States has previously scheduled Guardians Project Conclave in Montana that same day. (*Id.* at 1–2.) Defendant does not oppose. (*Id.* at 1.)

Accordingly, IT IS ORDERED that the motion (Doc. 42) is GRANTED. The sentencing hearing currently set for September 26, 2024, is VACATED and RESET for October 25, 2024, at 9:00 a.m.

DATED this 19th day of September, 2024.

Dana L. Christensen, District Judge
United States District Court